IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ARCH INSURANCE COMPANY,
    Plaintiff,

v.                                      Case No. 3:09cv395/RV/EMT

UNITED STATES OF AMERICA, et al.,
    Defendants.
_____/

## **O R D E R**

      This cause is before the court upon Plaintiff's Amended Motion to Compel Discovery Directed to Avenge, Inc. (Doc. 85). Before the court rules on this matter, Defendant Avenge Inc. shall have an opportunity to respond.

      Accordingly, it is **ORDERED**:

      Defendant Avenge Inc. shall respond to Plaintiff's motion on or before **THURSDAY, AUGUST 26, 2010**. Prior to responding, Defendant Avenge Inc. shall fully review this court's "Order Concerning Discovery Disputes," which will be issued by separate order on today's date.

      **DONE AND ORDERED** this 23rd day of August 2010.

                                               /s/ *Elizabeth M. Timothy*
                                               **ELIZABETH M. TIMOTHY**
                                               **UNITED STATES MAGISTRATE JUDGE**