IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ARCH INSURANCE COMPANY,
    Plaintiff,

v.                                       Case No. 3:09cv395/RV/EMT

UNITED STATES OF AMERICA, et al.,
    Defendants.
_____/

**O R D E R**

    Before the court is the parties' Joint Motion for Revision of the Case Scheduling Order (Doc. 92). Upon consideration, the court concludes that the motion should be granted.

    Accordingly, it is **ORDERED**:

    The parties' joint motion (Doc. 92) is **GRANTED**. The Final Scheduling Order (Doc. 21), which incorporated the parties' Joint Report (Doc. 20), is amended to reflect the following deadlines:

| Date | Deadline |
|---|---|
| March 31, 2011 | Close of Non-Expert Fact Discovery |
| May 20, 2011 | Plaintiff's expert disclosures and reports due |
| July 1, 2011 | Defendants' expert disclosures and reports due |
| July 22, 2011 | Plaintiff's rebuttal expert disclosures and reports due |
| October 14, 2011 | Deadline for completion of all discovery |
| December 16, 2011 | Deadline for filing of dispositive motions |
| January 20, 2012 | Deadline to complete mediation |

In all other respects, the Final Scheduling Order remains in effect.

**DONE AND ORDERED** this 13th day of September 2010.

                                          /s/ *Elizabeth M. Timothy*
                                          **ELIZABETH M. TIMOTHY**
                                          **UNITED STATES MAGISTRATE JUDGE**